# UNITED STATES DISTRICT COURT
### for the
Southern District of Indiana

United States of America
v.
Joel Tellez

Date of Original Judgment: 07/26/2007
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

)
)
)
)
)
)

Case No: 2:06CR00008-009

USM No: 08196-028

Sara Varner
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 190 months **is reduced to** 135 months .

*(Complete Parts I and II of Page 2 when motion is granted)*

**A CERTIFIED TRUE COPY**
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana

By
Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated 07/26/2007 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 10/22/18

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

The Honorable Jane Magnus-Stinson, Chief Judge
*Printed name and title*